UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IN RE:                                                                         CIVIL ACTION

IN THE MATTER OF $24,000.00 IN                         NO. 22-00447-BAJ-EWD
U.S. CURRENCY

## RULING AND ORDER

This action seeks civil forfeiture of certain proceeds traceable to controlled substances offenses. On July 6, 2022, the Government filed its verified complaint for forfeiture *in rem*, seeking forfeiture to the Government of property allegedly traceable to illegal drug activities, pursuant to 21 U.S.C. § 881(a)(6). (Doc. 1). Specifically, the Government sought the forfeiture of $26,000.00 in U.S. Currency, which was allegedly seized in connection with a stop and search of a vehicle driven by Rodney Washington on February 1, 2022. (*Id.* at p. 2). On July 19, 2022, Washington was provided with notice of the Complaint by regular and certified mail. (Doc. 26 at p. 4). On August 26, 2022, Washington filed a timely Verified Answer requesting that the seized proceeds be returned to his possession. (Doc. 9). The Government has since filed an Amended Complaint, which revises the proceeds seized to $24,000.00 in U.S. Currency. (Doc. 22). On January 9, 2023, Washington was provided with the Government's First Set of Special Interrogatories, propounded pursuant to Supplemental Rule G(6)(b). (Doc. 25-3). Washington responded on April 17, 2023, and asserted that the Special Interrogatories were too complex. (Doc. 23). On May 5, 2023, to accommodate Washington, the Government sent a simplified Second Set of Special

Interrogatories. (Doc. 25-8). Washington did not respond, and has taken no action in this matter since his April 17 response.

On September 18, 2023, the Government filed the **Motion To Strike Answer Or Claim (Doc. 25, the "Motion")** that is presently pending before the Court. Washington did not file any opposition. The Motion was referred to the Magistrate Judge, who has now issued a **Report and Recommendation (Doc. 26, the "Report")**. The Report recommends that the Government's Motion be granted, and that any claim, as well as Washington's Verified Answer, be stricken from the record for failure to comply with Supplemental Rule G(6)(b). (Doc. 26 at p. 9 (citing *United States v. $15,000.00 in U.S. Currency*, No. 1:11CV97HSO-JMR, 2012 WL 3000649, at *2 (S.D. Miss. July 23, 2012))). The deadline to object to the Report has passed, and Washington has failed to file any objection.

Therefore, having carefully considered the Motion, the operative Complaint, Washington's Answer, and all other related filings, the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Government's **Motion To Strike Answer Or Claim (Doc. 25)** be and is hereby **GRANTED**, and that any claim or Answer filed

by Rodney Washington be and is hereby **STRICKEN** from the record.

Baton Rouge, Louisiana, this 28th day of August, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

3